```
 1            IN THE UNITED STATES DISTRICT COURT FOR THE
                     EASTERN DISTRICT OF OKLAHOMA
 2


 3


 4    REBECCA ROYSTON,


 5              Plaintiff,


 6    -vs-                              Case No. 19-cv-274-RAW


 7    JOHNNY CHRISTIAN, in
      his official and
 8    individual capacity,
      et al.,
 9
                Defendants.
10


11


12               DEPOSITION OF LISA PLATFOOT

13            TAKEN ON BEHALF OF THE PLAINTIFF

14      ON JANUARY 22, 2021, BEGINNING AT 12:58 P.M.

15                   IN TULSA, OKLAHOMA

16                        VIA ZOOM

17
      APPEARANCES
18
      on behalf of the PLAINTIFF
19
      Mr. J. Spencer Bryan (Via Zoom)
20    BRYAN & TERRILL
      3015 East Skelly Drive
21    Suite 400
      Tulsa, OK 74105
22    918-935-2777
      jsbryan@bryanterrill.com
23


24    (Appearances continued on next page.)

25    REPORTED BY:  Shannon S. Harwood, CSR, RPR, CRR
```

Exhibit 13

```
 1          Q.    (By Mr. Miller)   Okay.   Did you have any guess

 2   or suspicion about what was going on with her?

 3          A.    No, sir.

 4          Q.    According to your note, you were told she was

 5   on bath salts, right?

 6          A.    Correct.

 7          Q.    Okay.   And is that --

 8          A.    She was intoxicated.

 9          Q.    Okay.   So that's probably what you saw, she

10   was on something, right?

11          A.    Probably, yes.

12          Q.    Do you see anything on your note about head

13   injury?

14          A.    I didn't see a head injury.

15          Q.    Okay.   At any point did you think she had a

16   head injury, according to your note?

17              MR. WINTER:   Form.

18          A.    No, sir.

19          Q.    (By Mr. Miller)   Okay.   You didn't -- I mean,

20   you saw bruising, but not a clear injury to the head,

21   right?

22          A.    No, sir.

23          Q.    Did you ever see her violently hit her head in

24   a way that you would think might cause a head injury?

25   Did you ever see that personally in those two minutes
```

1    that you were watching her?

2         A.   No, I seen her roll side to side.

3         Q.   Okay.  Did anybody tell you at any point that

4    they thought she had a head injury?

5         A.   They told me that -- I can't remember, but I

6    thought I said that they mentioned that they had put the

7    helmet on her.

8         Q.   Andrew might have mentioned that to you?

9         A.   It's a possibility.

10        Q.   Not sure?

11        A.   I'm not sure.

12        Q.   Okay.  And that's not the same thing as having

13   a head injury, right?  In fact, a helmet, the point of

14   that would be to prevent a head injury, not to treat

15   one, right?

16        A.   Correct.

17        Q.   What about chains?  Now, when you saw her, she

18   was naked and not shackled, correct?

19        A.   Correct.

20        Q.   Did you -- were you at any point told she had

21   been shackled or restrained at any point prior?

22        A.   No.

23             THE REPORTER:  Hey, Jordan?

24             MR. MILLER:  Yes.

25             THE REPORTER:  Is your -- is your microphone