# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) | REBECCA ROYSTON, | |
| | Plaintiff, | |
| v. | | CASE NO.: 19-cv-274-RAW |
| (2) | JOHNNY CHRISTIAN, his is official and individual capacity, et al. | |
| | Defendants. | |

## PLAINTIFF'S REBUTTAL EXPERT REPORT

Pursuant to Fed. R. Civ. P. 26 and the Court's Scheduling Order (Doc. 162), Plaintiff Rebecca Royston respectfully submits her Rebuttal Expert Witness/Report:

| No. | Rebuttal Witness | Proposed Testimony |
|---|---|---|
| 1 | Homer Venters, MD | Will testify regarding his rebuttal report which addresses matters and opinions included by Defense Expert Wild, Defense Expert Dr. Reames, and Defense Expert Goddard. Expert Rebuttal Report is attached as Exhibit 1. |

        Respectfully submitted,

        BRYAN & TERRILL

By:   *s/Steven J. Terrill*
      Steven J. Terrill, OBA # 20869
      J. Spencer Bryan, OBA # 19419
      BRYAN & TERRILL LAW, PLLC
      3015 E. Skelly Dr., Suite 400
      Tulsa, OK 74105
      Tele/Fax:   (918) 935-2777
      Email: sjterrill@bryanterrill.com
      Email: jsbryan@bryanterrill.com

### CERTIFICATE OF SERVICE

    I certify that on April 26, 2021, I served the foregoing instrument on all parties having entered an appearance through the CM/ECF system.

      s/Steven J. Terrill
      Steven J. Terrill