# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)  REBECCA ROYSTON,<br><br>            Plaintiff,<br><br>v.<br><br>(2)  JOHNNY CHRISTIAN, his is official and individual capacity, et al.<br><br>            Defendants. | CASE NO.: 19-cv-274-RAW |

## NOTICE OF PENDING SETTLEMENT

Plaintiff Rebecca Royston respectfully submits this Notice of Pending Resolution of all claims with the last remaining Defendant, Turn Key Health Clinics, LLC. The parties are working to finalize paperwork before filing a dismissal with prejudice of all remaining claims which is expected within the next 30 days.

Respectfully submitted,

BRYAN & TERRILL

By:   *s/Steven J. Terrill*
      Steven J. Terrill, OBA # 20869
      J. Spencer Bryan, OBA # 19419
      BRYAN & TERRILL LAW, PLLC
      3015 E. Skelly Dr., Suite 400
      Tulsa, OK 74105
      Tele/Fax:    (918) 935-2777
      Email: sjterrill@bryanterrill.com
      Email: jsbryan@bryanterrill.com

## CERTIFICATE OF SERVICE

    I certify that on October 20, 2021, I served the foregoing instrument on all parties having entered an appearance through the CM/ECF system.

                                      s/Steven J. Terrill
                                      Steven J. Terrill