THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) REBECCA ROYSTON, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-CV-274-RAW |
| ) | |
| vs. ) | PURSUANT TO LCvR 3.1, THE PRESENT |
| ) | CASE IS A REFILE OF CASE No. |
| (2) JOHNNY CHRISTIAN, in his official ) | 18-cv-265-RAW |
| capacity, et. al., ) | |
| ) | |
| Defendant(s). ) | JURY TRIAL DEMANDED |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the parties jointly stipulate that the above-referenced case should be dismissed with prejudice against Defendant Lisa Platfoot and Defendant Turn Key Health Clinics, LLC. A previous Joint Stipulation of Dismissal was filed as to Defendants Johnny Christian, in his individual and official capacity, Bonnie Murray, Dena Nations, Kristi Tombs, Steve Nabors, Brian Fowlkes, Marie Peden, and Roy Prentice (Dkt. #222).

Each party shall bear their own fees and costs. This dismissal with prejudice results in all claims against all Defendants being fully resolved.

Respectfully submitted,

s/ Steven J. Terrill
J. Spencer Bryan, OBA#19419
Steven J. Terrill, OBA#20869
Bryan & Terrill Law, PLLC
3015 E. Skelly Dr., Suite 400
Tulsa, Oklahoma 74105
sjterrill@bryanterrill.com
jsbryan@bryanterrill.com
*Attorneys for Plaintiff*

s/ Anthony C. Winter (signed by permission)
Anthony C. Winter
Sean P. Snider
Johnson Hanan Vosler Hawthorne & Snider
9801 N. Broadway Extension
Oklahoma City, OK   73114
awinter@johnsonhanan.com

*Attorneys for Defendant*
*Turn Key Health Clinics, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

> J. Spencer Bryan
> Steven J. Terrill
> Bryan & Terrill Law, PLLC
> 3015 E. Skelly Dr., Suite 400
> Tulsa, Oklahoma 74105
> sjterrill@bryanterrill.com
> jsbryan@bryanterrill.com
>
> *Attorneys for Plaintiff*
>
> Anthony C. Winter
> Sean P. Snider
> Johnson Hanan Vosler Hawthorne & Snider
> 9801 N. Broadway Extension
> Oklahoma City, OK   73114
> awinter@johnsonhanan.com
>
> *Attorneys for Defendant*
> *Turn Key Health Clinics, LLC*

Robert S. Laferrandre
Jessica L. Dark
Pierce, Couch, Hendrickson, Baysinger
 & Green
1109 N. Francis Avenue
Oklahoma City, Oklahoma 73106
rlafferrandre@piercecouch.com
jdark@piercecouch.com

*Attorneys for Defendants*
*Roy Prentice and Marie Peden*


James L. Gibbs, II
David Proctor
Elise M. Horne
Goolsby, Proctor, Heefner
  & Gibbs, PC
701 N. Broadway Ave., Suite 400
Oklahoma City, Oklahoma 73102-6006

*Attorney for Defendant*
*Kristi Toombs*


        s/Steven J. Terrill
        Steven J. Terrill